No. 97–1230. CITY OF WEST COVINA *v.* PERKINS ET AL. C. A. 9th Cir. [Certiorari granted, 523 U. S. 1105.] Motion of National League of Cities et al. for leave to file a brief as *amici curiae* granted.

AUGUST 28, 1998

No. 98–5761 (A–163). DUBOIS *v.* GREENE, WARDEN. C. A. 4th Cir. Application for stay of execution of sentence of death, presented to THE CHIEF JUSTICE, and by him referred to the Court, denied. Certiorari denied. JUSTICE STEVENS and JUSTICE GINSBURG would grant the application for stay of execution.

AUGUST 31, 1998

No. 98–5420 (A–142). TEAGUE *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Certiorari denied. JUSTICE STEVENS and JUSTICE GINSBURG would grant the application for stay of execution.

SEPTEMBER 9, 1998

No. 96–1570. NYNEX CORP. ET AL. *v.* DISCON, INC. C. A. 2d Cir. [Certiorari granted, 523 U. S. 1019.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted to be divided as follows: petitioners, 25 minutes; respondent, 25 minutes; the Solicitor General, 10 minutes.

No. 97–303. HUMANA INC. ET AL. *v.* FORSYTH ET AL. C. A. 9th Cir. [Certiorari granted, *ante,* p. 936.] Motions of Alliance of American Insurers et al. and Consumer Credit Insurance Association for leave to file briefs as *amici curiae* granted.